# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| MELVIN NANCE, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 2:16-cv-77 |
| | * | |
| v. | * | |
| | * | (Case No.: 2:14-cr-6) |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent. | * | |

### ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 13, to which Movant Melvin Nance ("Nance") filed Objections, dkt. no. 15. In his Objections, Nance merely reiterates the assertions made in his original Motion and his dissatisfaction with the Magistrate Judge's Report and Recommendation. The Magistrate Judge correctly rejected Nance's arguments.

Thus, the Court **OVERRULES** Nance's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Nance's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence, dkt. no. 1, and **DISMISSES as moot** his Motion for Summary Judgment, dkt. no. 6.

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal. The Court **DENIES** Nance a Certificate of Appealability and *in forma pauperis* status on appeal.

**SO ORDERED**, this 9 day of November, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)